USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEAN CARLOS HENRIQUEZ,

                  Petitioner,

-against-

DARWIN LaCLAIR, SUPERINTENDENT,
FRANKLIN CORRECTIONAL FACILITY,
                  Respondent.
-----------------------------------------------------------X

19 **CIVIL** 2265 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 12, 2020, Henriquez's Petition is DENIED, and his case is DISMISSED. As Henriquez has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue at this time. See 28 U.S.C. § 2253(c); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
            March 13, 2020

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                       **BY:**

                                                **Deputy Clerk**